UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.M. et al.,

Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION et al.,

Defendants.

20 Civ. 1329 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

As set at the case management conference on August 29, 2022, the deadline for fact discovery in this matter is hereby scheduled for **October 31, 2022**.

A subsequent case management conference is scheduled for **November 21, 2022, at 4 p.m**. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time, and counsel are directed to appear promptly. All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

The Court directs counsel for all parties to:

- Prepare a joint letter, not to exceed three pages in length, to be submitted to the Court no later than **November 18, 2022** setting out the parties' respective views as to the next steps in the case.

- Email to EngelmayerNYSDChambers@nysd.uscourts.gov, no later than twenty-four hours before the conference, the names of any counsel who wish to enter an appearance at the conference, and the number from which each counsel will be calling.

If the case has been settled in whole or part before November 21, 2022, the parties are directed to submit with the Court a joint status update setting forth the extent of the settlement and identifying any remaining issues.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 29, 2022
        New York, New York